835 F.2d 291
 Smith (Charles), Zippert (Carol P.), Austin (Raymon),
Jackson (Veselee, Walter), Fulgum (Carrie),
Beasley (Marshal), Arnold (Prince),
Barber (Rev. Matthew)
v.
Meese (Edwin W., III), Reynolds (William Bradford), Trott
(Stephen S.), Bell (John C.), Donladson (Frank
W.), Sessions (Jeff B., III)
 NO. 85-7625
 United States Court of Appeals,
Eleventh Circuit.
 NOV 30, 1987
 Appeal From: M.D.Ala., 821 F.2d 1484
 
 1
 Denials of Rehearing En Banc.